IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS HURD and
CAROLYN HURD,

      Plaintiffs,

v.                                    No. 13-CV-00540-KG/WPL

WESTERN WORLD INSURANCE
COMPANY, TUDOR INSURANCE
COMPANY, R.W. SCOBIE, INC., d/b/a
IMC BALLOON AGENCY, IMC
AGENCY, INC., LISA KOSTYN, and THE
ESTATE OF BETH MILLER,

      Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER, having come before this Court upon Motion of Defendants, and the parties hereby stipulating to this Order, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, all parties to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

O'BRIEN & PADILLA, P.C.


By: */s/ Daniel J. O'Brien*
    DANIEL J. O'BRIEN
    Attorneys for Western World Insurance
    Company, Tudor Insurance Company and
    Lisa Kostyn
    6000 Indian School Rd. NE, Suite 200
    Albuquerque, NM 87110
    E-mail: dobrien@obrienlawoffice.com
    Telephone: (505) 883-8181
    Facsimile:  (505) 883-3232


GUEBERT BRUCKNER P.C.

    *Approved via email*
By: *David C. Odegard – 05/22/14*
    TERRY R. GUEBERT
    DAVID C. ODEGARD
    Attorneys for Plaintiffs
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    E-mail: tbuebert@guebertlaw.com
    Telephone: (505) 823-2300
    Facsimile: (505) 823-9600


GALLAGHER CASADOS & MANN PC

    *Approved via email*
By: *Nathan H. Mann – 05/22/14*
    NATHAN H. MANN
    Attorneys for R.W. Scobie, Inc., d/b/a
    IMC Balloon Agency and the Estate of
    Beth Miller
    317 Commercial Street NE Fl. 2
    Albuquerque, NM 87102-3456
    E-mail: nmann@gcmlegal.com
    Telephone: (505) 243-2848
    Facsimile:  (505) 764-0153